IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN D. NIELSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>COLIN J. HALFWASSEN, et al.,<br><br>        Defendants. | 7:13-CV-5010<br><br>JUDGMENT |

    Pursuant to the parties' stipulation (filing 4), this case is dismissed with prejudice, each party to bear its own costs and fees.

    DATED this 9th day of October, 2013.

                                              BY THE COURT:

                                              _____
                                              John M. Gerrard
                                              United States District Judge